**IT IS ORDERED as set forth below:**

**Date: June 26, 2014**

**C. Ray Mullins**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-57852 |
| | : | |
| ELAINE SYLVIA BROWN, | : | |
| | : | |
| Debtor(s)/Movant(s), | : | CHAPTER 13 |
| | : | |
| v. | : | |
| | : | |
| OCWEN LOAN SERVICING, | : | CONTESTED MATTER |
| | : | |
| Respondent. | : | |

<u>O R D E R</u>

Debtor's Motion to Value Collateral and Modify Rights of Ocwen Loan Servicing ("the Motion") (Docket No. 15) came before the Court on June 24, 2014. Present at the hearing were counsel for Debtor, Celeste Cornwell and counsel for he Chapter 13

Trustee, Julie M. Anania. At the call of the calendar, no party announced opposition to the Motion and none has been filed with the Court.

The Motion requests a determination that Respondent's second-priority deed to secure debt on Debtor's residence, located at 265 Millstone Drive, Hampton, Georgia 30228 ("the Property"), is completely unsecured and that, because there is no value in the Property to which Respondent's junior lien can attach, Respondent's claim is unsecured and its lien is void pursuant to 11 U.S.C. Sections 506(d) and 1322(b)(2). Based on representations in the Motion and there being no opposition, it is hereby

**ORDERED** that for the purposes of Debtor's Chapter 13 case, any proof of claim filed by Respondent arising out of its second-priority mortgage described herein shall be treated as a general, nonpriority unsecured claim.

It is further **ORDERED** that effective upon completion of the Chapter 13 plan, Respondent's lien, evidenced by a security deed recorded in the Superior Court of Henry County, Georgia, shall be avoided without further order pursuant to 11 U.S.C. Section 506(d), provided, however, that the Court reserves jurisdiction to consider, if appropriate, the avoidance of Respondent's mortgage lien prior to the administrative closing of the instant Chapter 13 case.

It is further **ORDERED** that within sixty (60) days after the entry of this Order, Debtor's counsel may file a certified copy of this Order in the real property records of the county in which the Property is located.

It is further **ORDERED** that, within sixty (60) days of the administrative closing of this Chapter 13 case, Debtor(s) shall cause a certified copy of the Trustee's Notice of Plan Completion to be filed in the real property records of the county in which the property is located.

It is further **ORDERED** that, should this Chapter 13 case be dismissed or converted to Chapter 7, Respondent's lien shall not be affected by this Order.

**END DOCUMENT**

DISTRIBUTION LIST

**Elaine Sylvia Brown**
265 Millstone Drive
Hampton, GA 30228

**Matthew Thomas Berry**
Law Office of Matthew T. Berry
Suite 400
2751 Buford Highway
Atlanta, GA 30324

**Nancy J. Whaley**
Nancy J. Whaley, 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Ronald M. Faris CEO of
Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Ocwen Loan Servicing
3451 Hammond Avenue
Waterloo, IA 50702